THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RALPH R. RENNINGER, Appellant.

Submitted April 9, 1945; decided April 19, 1945.

*Ralph R. Renninger*, in person, for motion.

No one opposed.

Motion denied on the ground that the order has not been reviewed by the Appellate Division.